IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cr-00119-M-2

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| NATHANIEL MARQUIS LYNCH, JR., | |
| Defendant. | |

The court issued an order appointing a federal public defender in this matter. [DE 93]. The Office of the Federal Public Defender has previously entered a notice of appearance and moved to withdraw pursuant to Standing Order 23-SO-6. [DE 89–90]. The court granted this motion on September 19, 2024. [DE 91]. Accordingly, the order at [DE 93] is VACATED.

SO ORDERED this 5th day of November, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE